# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| TREMAYNE JOYNER, ) | |
| ) | No. 14-CV-6332 |
| Plaintiff, ) | Judge Feinerman |
| ) | Magistrate Judge Valdez |
| v. ) | |
| ) | |
| J.P. MORGAN CHASE & CO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

NOW COME Plaintiff and Defendant pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure; and, hereby file this Stipulation of Dismissal With Prejudice pursuant to settlement. Each party to bear its own costs and fees.

RESPECTFULLY,
s\Christopher Cooper, ESQ., Counsel for Plaintiff
Law Office of Christopher Cooper, Inc.
79 W. Monroe Street, Suite 1213 [or]
3620 W. 80th Lane, Merrillville, IN 46410
Tel: 312 371 6752; 219 228 4396
cooperlaw3234@gmail.com

s\ Amanda Suchecki, One of Respondent's Attorneys
Meckler Bulger Tilson Marick & Pearson LLC
Anneliese Wermuth
Amanda Suchecki
123 N. Wacker Dr. | Suite 1800 | Chicago, IL 60606
(312) 474-7900 | Fax (312) 474-7898
anna.wermuth@mbtlaw.com
amanda.suchecki@mbtlaw.com


CERTIFICATE OF SERVICE: The undersigned attorney certifies that he filed the foregoing via ECF on April 27, 2015 and that the defendant is a registered e-filer. s\Christopher Cooper